# LAW OFFICES OF ALAN R. ACKERMAN

1719 ROUTE 10 EAST
SUITE 106
PARSIPPANY, NJ 07054

ARAESQ@ALANACKERMANLAW.COM

ALAN R. ACKERMAN
COUNSELLOR AT LAW

(973) 898-1177
TELECOPIER: (973) 898-1230

July 20, 2011

Honorable Renée Marie Bumb, U.S.M.J.
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
P.O. Box 2797
1 John F. Gerry Plaza
Camden, NJ 08101

Re: *Access 4 All, Inc. et als v. Boardwalk Regency Corp.*
Case No. 1:08-CV-03817-RMB-JS

Re: *Access 4 All, Inc. v. Bally's Park Place, Inc.*
Case No. 1:08-cv-4679 (JHR)

Dear Magistrate Judge Bumb:

This office is local counsel to Plaintiffs in the above referenced matter. Plaintiffs are also represented by John P. Fuller, Esq. and Lawrence A. Fuller, Esq. of Fuller & Associates, PA., both of whom have been admitted pro hac vice, and act as lead counsel in this matter.

The Court has scheduled trial on August 1, 2011 at 9:30 a.m. Plaintiffs will be represented by Messrs Fuller.

I am requesting the Court's permission to be excused from appearing at the trial. As local counsel, I will have no participation in the trial. If successful, the Plaintiffs will seek to be accommodated for the expenditure of my time throughout the trial. I do not foresee a circumstance where my presence will benefit the Plaintiffs. I will remain available to travel to the Court should my presence be required. I will also remain available via telephone.

I thank the Court in advance for its courtesies.

REQUEST DENIED.

Respectfully yours,

LAW OFFICES OF ALAN R. ACKERMAN

BY: ALAN R. ACKERMAN, ESQ.

ARA/ss

So Ordered this 21st day of July, 2011

RENÉE MARIE BUMB
United States District Judge