UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation, and RONALD MOORE, Individually,

      Plaintiffs,

v.

BOARDWALK REGENCY CORPORATION,
a Domestic Profit Corporation, d/b/a CAESAR'S
ATLANTIC CITY HOTEL AND CASINO,

      Defendant.

and

ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation, and RONALD MOORE, Individually,

      Plaintiffs,

v.

BALLY'S PARK PLACE, INC., a New
Jersey Corporation,

      Defendant.
_____/

CASE NO. 1:08-cv-03817-RMB-JS

CASE NO. 1:08-cv-04679-RMB-JS

## FINAL ORDER APPROVING AND ENTERING
## MAGISTRATE'S REPORT AND RECOMMENDATION
## AND AWARDING JUDGMENT THEREON

THIS CAUSE came before the Court on "Plaintiffs' Application [Motion] for Attorney's Fees and Costs and Expert Fees," and the Court having reviewed the pleadings and papers filed in this cause, the "Report and Recommendation Regarding Plaintiff's Application [Motion] For Attorney's Fees and Costs and Expert's Fees, With Appendices," and the Plaintiffs' "Notice of Scrivener's Error," and noting the lack of any pending objection by any party, to the Magistrate's Report and Recommendation (other than the Notice of Scrivener's Error), and being otherwise fully advised in the premises, it is hereby

      ORDERED AND ADJUDGED that:

<u>Access 4 All, Inc., et al. v. Boardwalk Regency Corp., et al.</u>
Consolidated Case No: 1:08-cv-03817

1. The Plaintiffs' "Notice of Scrivener's Error" [D.E.130] is APPROVED and ENTERED.

2. The Magistrate's "Report and Recommendation Regarding Plaintiff's Application [Motion] For Attorney's Fees and Costs and Expert's Fees, With Appendices," [D.E.128] is APPROVED AND ENTERED, with the Fee Award related to ACCESS 4 ALL, INC. and RONALD MOORE v. BALLY'S PARK PLACE, INC., increased by $990.00 given the Court's Approval and Entering of the Notice of Scrivener's Error.

3. BALLY'S PARK PLACE, INC., shall pay a total amount of $204,198.60, for Plaintiffs' attorney's fees, litigation expenses, costs and expert fees, given the Notice of Scrivener's Error and that BALLY'S PARK PLACE, INC., shares equally with BOARDWALK REGENCY CORPORATION in the Magistrate's findings of the appropriate fee for ALAN ACKERMAN, for which sum let execution issue.

4. BOARDWALK REGENCY CORPORATION shall pay a total amount of $188,154.52, for Plaintiffs' attorney's fees, litigation expenses, costs and expert fees given that BOARDWALK REGENCY CORPORATION shares equally with BALLY'S PARK PLACE, INC., in the Magistrate's findings of the appropriate fee for ALAN ACKERMAN, for which sum let execution issue.

DONE AND ORDERED in Chambers at _____, _____, this 3rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

cc: Magistrate Joel Schneider
    Counsel of record